IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02559-BNB

ROGER SCOTT BLACKBURN,

Applicant,

v.

COLORADO DEPT. OF CORR., EXECUT. DIR., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 05 2008

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING APPLICANT TO FILE SECOND AMENDED PLEADING

---

Applicant, Roger Scott Blackburn, is a prisoner in the custody of the Colorado Department of Corrections at the Sterling Correctional Facility at Sterling, Colorado. Mr. Blackburn initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 4, 2008, Mr. Blackburn filed an amended habeas corpus application pursuant to § 2254 on the court's current form. Mr. Blackburn also has filed a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 and a "Request to Waive Required Additional Copies." The *in forma pauperis* motion will be granted and the "Request to Waive Required Additional Copies" will be denied.

The court must construe the amended application liberally because Mr. Blackburn is not represented by an attorney. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. See *Hall*, 935 F.2d at 1110. For

the reasons stated below, Mr. Blackburn will be ordered to file a second amended pleading.

The court has reviewed the amended application filed by Mr. Blackburn and finds that it is deficient. The claims Mr. Blackburn raises in this action must be asserted pursuant to 28 U.S.C. § 2241 because those claims call into question the execution, and not the validity, of Mr. Blackburn's sentence. *See Montez v. McKinna*, 208 F.3d 862, 865 (10th Cir. 2000). More specifically, Mr. Blackburn claims that he is entitled to presentence confinement credit that the Department of Corrections has not applied to his sentence. Therefore, Mr. Blackburn will be directed to file a second amended pleading on the proper form if he wishes to pursue his claims challenging the execution of his sentence.

Mr. Blackburn is reminded that he must allege specific facts in support of his claims to demonstrate that his federal constitutional rights have been violated. Naked allegations of constitutional violations are not sufficient to state a habeas corpus claim. *See Ruark v. Gunter*, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam). Accordingly, it is

ORDERED that Mr. Blackburn file a second amended pleading on the proper form **within thirty (30) days from the date of this order.** It is

FURTHER ORDERED that the clerk of the court mail to Mr. Blackburn, together with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that if Mr. Blackburn fails within the time allowed to file a second amended pleading as directed, the action will be dismissed without further

notice. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action filed on November 18, 2008, is granted. It is

FURTHER ORDERED that the "Request to Waive Required Additional Copies" filed on November 24, 2008, is denied.

DATED December 5, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02559-BNB

Roger Scott Blackburn
Prisoner No. 127949
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 form** to the above-named individuals on 12/5/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk